IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| A-1 AMERICAN FENCE, INC., | § | |
|    *Plaintiff,* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 1:20-CV-441 |
| | § | |
| WELLS FARGO BANK, N.A. AND | § | |
| UGI UTILITIES INC., | § | |
|    *Defendants.* | | |

___

**PLAINTIFF'S NOTICE OF SETTLEMENT**
___

TO THE HONORABLE JUDGE OF SAID COURT:

Come Now **A-1 AMERICAN FENCE, INC.,** Plaintiff herein, and announce to this honorable Court that the Plaintiff has reached an amicable resolution of this matter with Defendant, **WELLS FARGO BANK, N.A.**

RESPECTFULLY SUBMITTED this 30th day of November, 2022.

                              THE MONK LAW FIRM
                              4875 Parker Drive
                              Beaumont, Texas 77705
                              Phone:  (409) 724-6665
                              Fax:  (409) 729-6665
                              brandon@themonklawfirm.com

                              */s/ Brandon P. Monk*
By:  _____
                              BRANDON P. MONK
                              State Bar No. 24048668

                              ATTORNEY FOR PLAINTIFF

2 | P a g e

## CERTIFICATE OF SERVICE

This is to certify that on this 30th day of November, 2022, a correct copy of the foregoing was sent via e-file to counsel for Defendant.

/s/ Brandon P. Monk

BRANDON P. MONK