| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

A-1 AMERICAN FENCE, INC., §
　　　　　　　　　　　　　　　　§
　　　　Plaintiff, §
　　　　　　　　　　　　　　　　§
versus　　　　　　　　　　　§　　CIVIL ACTION 1:20-CV-441
　　　　　　　　　　　　　　　　§
WELLS FARGO BANK, N.A. and §
UGI UTILITIES, INC., §
　　　　　　　　　　　　　　　　§
　　　　Defendants. §

## ORDER OF CONDITIONAL DISMISSAL AS TO UGI UTILITIES, INC.

The court having been advised by Magistrate Judge Christine Stetson on April 28, 2023, that mediation between Plaintiff, A-1 American Fence, Inc. ("A-1") and the remaining Defendant, UGI Utilities, Inc. ("UGI"),[1] was successful and resulted in settlement, it is

**ORDERED** that A-1's claims against UGI Utilities, Inc., are dismissed on the merits without prejudice to the right of counsel of record to move for reinstatement within ninety (90) days upon presentation of adequate proof that final approval of the settlement could not be obtained from the respective principals for whom counsel act.

Any outstanding motions are conditionally denied as moot pending final settlement papers. In the event A-1's claims against UGI are reinstated, counsel retains the responsibility to re-urge any motions previously denied as moot.

This court retains jurisdiction to enforce the settlement.

**Signed this date**
May 9, 2023

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE

---

[1] An Order of Conditional Dismissal as to A-1's claims against Defendant Wells Fargo was entered on December 2, 2022 (#67).