| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

A-1 AMERICAN FENCE, INC., §
　　　　　　　　　　　　　　　§
　　　　Plaintiff, §
　　　　　　　　　　　　　　　§
versus § CIVIL ACTION NO. 1:20-CV-441
　　　　　　　　　　　　　　　§
WELLS FARGO BANK, N.A. and §
UGI UTILITIES, INC., §
　　　　　　　　　　　　　　　§
　　　　Defendants. §

## FINAL JUDGMENT

In light of the parties' failure to submit final settlement papers or move for reinstatement within ninety (90) days of the court's Order of Conditional Dismissal (#79), signed May 9, 2023, this action is dismissed with prejudice. Each party shall bear its own costs of court and attorney's fees.

THIS IS A FINAL JUDGMENT.

**Signed this date**
**Sep 15, 2023**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE